LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 331-0207
Email: emily@lawdeleon.com

Attorney for:
Daniel Rios

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff<br><br>DANIEL RIOS,<br><br>             Defendants. | Case No. 1:16-CR-00096-LJO-SKO<br><br><br><br>STIPULATION AND ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND JESSICA MASSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DANIEL RIOS, by and through his attorney of record, EMILY DELEON, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release.

**IT IS SO STIPULATED.**

DATED: 06/05/20                              Respectfully Submitted,
                                             */s/ Emily Deleon*
                                             EMILY DELON
                                             Attorney for Defendant
                                             Daniel Rios


DATED: 06/05/20                              */s/Jessica Massey*
                                             JESSICA MASSEY
                                             Assistant U.S. Attorney

1

# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Movant's Supplemental Opening Brief **June 23, 2020**

Government/Respondent's Opposition Brief **Due July 2, 2020**

Defendant's/Movant's Reply (if any) **Due July 6, 2020**

IT IS SO ORDERED.

Dated:   **June 8, 2020**

_____
UNITED STATES DISTRICT JUDGE