LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 331-0207
Email: emily@lawdeleon.com

Attorney for:
Daniel Rios

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00096-LJO-SKO |
|---|---|
| Plaintiff | |
| DANIEL RIOS, | |
| Defendants. | STIPULATION AND ORDER FOR AMENDED BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND JESSICA MASSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DANIEL RIOS, by and through his attorney of record, EMILY DELEON, hereby submitting the following proposed order for an amended briefing schedule regarding the Defendant's request for Compassionate Release. Defense counsel has not yet received the signed authorization from Mr. Daniel Rios to request medical records from the BOP and has not received necessary information regarding Mr. Rios' proposed release plan. Defense counsel needs to conduct further investigation and research in order to adequately represent Mr. Rios in this motion.

**IT IS SO STIPULATED.**

DATED: 06/19/20

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON

1

                                                             Attorney for Defendant
Daniel Rios

DATED: 06/19/20                                        */s/Jessica Massey*
JESSICA MASSEY
Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Movant's Supplemental Opening Brief **July 7, 20220**

Government/Respondent's Opposition Brief **Due July 20, 2020**

Defendant's/Movant's Reply (if any) **Due July 24, 2020**

IT IS SO ORDERED.

Dated:   **June 19, 2020**                             /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE