LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 331-0207
Email: emily@lawdeleon.com

Attorney for:
Daniel Rios

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-00096-LJO-SKO |
|---|---|
| Plaintiff | |
| DANIEL RIOS, | |
| Defendants. | STIPULATION AND PROPOSED ORDER FOR AMENDED BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND JESSICA MASSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DANIEL RIOS, by and through his attorney of record, EMILY DELEON, hereby submitting the following proposed order for an amended briefing schedule regarding the Defendant's request for Compassionate Release. Defense counsel has not yet received the signed authorization from Mr. Daniel Rios to request medical records from the BOP and has not received necessary information regarding Mr. Rios' proposed release plan. Defense counsel needs to conduct further investigation and research in order to adequately represent Mr. Rios in this motion.

Previously, Defense Counsel had an attorney/client call scheduled with Mr. Daniel Rios on July 2, 2020. Mr. Daniel Rios was not brought to that phone call. *Instead, a different inmate with the last name of Rios was placed on the call.* This has created confusion as to what should

1

be filed on behalf of Mr. Daniel Rios and has delayed both the defense and government in motion preparation. The Mr. Rios who was incorrectly placed on the call had indicated he was being released and did not want to proceed with the Compassionate Release Motion. Mr. Daniel Rios, though, does want to proceed with the motion. As such, the parties need additional time to prepare filings.

**IT IS SO STIPULATED.**

DATED: 07/17/20

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Daniel Rios

DATED: 07/17/20

*/s/Jessica Massey*
JESSICA MASSEY
Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Movant's Supplemental Opening Brief **August 14, 20220**

Government/Respondent's Opposition Brief **Due August 28, 2020**

Defendant's/Movant's Reply (if any) **Due September 2, 2020**

IT IS SO ORDERED.

Dated: **July 17, 2020**

_____
UNITED STATES DISTRICT JUDGE

2