LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 331-0207
Email: emily@lawdeleon.com

Attorney for:
Daniel Rios

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00096-LJO-SKO |
|---|---|
| Plaintiff | |
| DANIEL RIOS, | STIPULATION AND ORDER FOR AMENDED BRIEFING SCHEDULE |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND JESSICA MASSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DANIEL RIOS, by and through his attorney of record, EMILY DELEON, hereby submitting the following proposed order for an amended briefing schedule regarding the Defendant's request for Compassionate Release.

Defense received the signed medical record release from Mr. Rios on August 5, 2020. After reviewing the packet of information from Mr. Rios and receiving this signed release, defense submitted the medical records request to the Bureau of Prisons on August 8, 2020. Defense counsel received Mr. Rios's medical records from the Bureau of Prisons August 11, 2020 and needs additional time to review them and have a confidential phone call with Mr. Rios. As such, defense requires additional time to prepare filings.

/////

/////

/////

**IT IS SO STIPULATED.**

DATED: 08/12/20

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Daniel Rios

DATED: 08/12/20

*/s/Jessica Massey*
JESSICA MASSEY
Assistant U.S. Attorney

## ORDER

In accordance with the above stipulation, the BRIEFING SCHEDULE is as follows:

Defendant's/Movant's Supplemental Opening Brief **August 31, 20220**

Government/Respondent's Opposition Brief **Due September 16, 2020**

Defendant's/Movant's Reply (if any) **Due September 21, 2020**

IT IS SO ORDERED.

Dated:   **August 13, 2020**

UNITED STATES DISTRICT JUDGE

2