1  McGREGOR W. SCOTT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
                           UNITED STATES DISTRICT COURT
8
                       FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   | UNITED STATES OF AMERICA, | Case No. 1:16-CR-00096-NONE |
   |---|---|
   | Plaintiff | |
   | v. | |
   | DANIEL RIOS, | STIPULATION AND PROPOSED ORDER FOR AMENDED BRIEFING SCHEDULE |
   | Defendant. | |

17      The United States, by and through its attorney of record, Jessica A. Massey, hereby

18 submits the following proposed order for an amended briefing schedule regarding the

19 Defendant's request for Compassionate Release.

20      After the parties filed multiple stipulations to amend the briefing schedule, the Defendant

21 ultimately filed a Supplemental Opening Brief regarding his initial request for Compassionate

22 Release on August 31, 2020.  That filing includes declarations from medical doctors regarding the

23 Defendant's medical condition and susceptibility to COVID-19.  The Government seeks

24 additional time to review the Defendant's most recent filings and draft it's response to the

25 Defendant's request.

26 ///

27 ///

28

                                        1

///

The parties request the Court extend the Government's deadline to file a response to the Defendant's motion by September 23, 2020, and that the Defendant's Reply, if any, be filed by September 30, 2020.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 09/11/20                    /s/Jessica A. Massey
                                   JESSICA A. MASSEY
                                   Assistant U.S. Attorney


DATED: 09/11/20                    /s/ Emily Deleon
                                   EMILY DELON
                                   Attorney for Defendant
                                   Daniel Rios


# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Government/Respondent's Opposition Brief **Due September 23, 2020**

Defendant's/Movant's Reply (if any) **Due September 30, 2020**

IT IS SO ORDERED.

Dated:   **September 14, 2020**            _____
                                            UNITED STATES DISTRICT JUDGE